930

No. 787. HOLMAN ET AL. v. BUTLER, EXECUTRIX, ET AL. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. *Albert W. Dilling* and *Kirkpatrick W. Dilling* for petitioners. *Richard Z. Lamberson* for respondents.

No. 659, Misc. RISER v. CALIFORNIA ET AL. Supreme Court of California. Application for stay of execution denied. Certiorari denied.

No. 731. BAILEY ET UX. v. RUNYON, COMMONWEALTH'S ATTORNEY, ET AL. Court of Appeals of Kentucky. Certiorari denied. *L. D. May* for petitioners. *Henry D. Stratton* for respondents.

No. 824. DAVIS ET AL. v. FOREMAN ET AL. C. A. 7th Cir. Certiorari denied. Petitioners *pro se*. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States, respondent.

No. 798. NATIONAL WHOLESALERS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Wm. H. Neblett* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States.

No. 790. LIBERTY BAKING CORP. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. *Benjamin Weintraub* and *Harris Levin* for petitioner. *Solicitor General Rankin, Thomas G. Meeker* and *David Ferber* for respondent.